UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARA W. LAUDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1132 CAS |
| | ) | |
| BEKINS VAN LINES COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

This matter is before the Court on its own motion. This action began in Missouri state court several years ago. In 2002, defendant Bekins Van Lines Company removed the action to federal court and the Court remanded the case to state court for lack of subject matter jurisdiction, based on the Court's conclusions that complete preemption did not exist and that the presence of a federal defense was not a basis for removal jurisdiction. See Lauder v. Bekins Van Lines Company, No. 4:02-CV-1947 CAS, slip op. at 5-7 (E.D. Mo., May 7, 2003). The Court will order defendant to show cause within 10 days of the date of this order why this action should not be remanded to state court for the same reasons discussed in the Memorandum and Order of May 7, 2003 in case number 4:02-CV-1947 CAS.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Bekins Van Lines Company shall show cause within 10 days of the date of this order why this action should not be remanded to state court. Plaintiff shall file any response within ten days of defendant's response to this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of August, 2005.