UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARA W. LAUDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-1132 CAS ) |
| BEKINS VAN LINES COMPANY and BEKINS MOVING AND STORAGE CO., TEXAS, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  7th  day of December, 2005.